UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 AUG 15 P 2: 20

UNITED STATES OF AMERICA

v.  Case No. 3:06-cr-13-J-20MMH

RICHARD CASALI

_____/

## ORDER

The United States' Motion Pursuant to USSG § 3E1.1(b) (Doc. No. 114, filed August 9, 2006) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _15_ day of August, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Kate Kmiec, Esq.
Thomas Fallis, Esq.
U.S. Probation